SARAH PAIGE MILLER
935 HARDING ST
JACKSON, MS 39202

CNAC - MS104
2521 HWY 80 EAST
PEARL, MS 39208

RANKIN COUNTY CIRCUIT
215 E. GOVERNMENT ST
STE A
BRANDON, MS 39042

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

REPUBLIC FINANCE
ATTN: BANKRUPTCY DEPT
7031 COMMERCE CIR
BATON ROUGH, LA 70809

AFFIRM
443 IRVING DR
BURBANK, CA 91504

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

SPARROW FNCL
9450 SW GEMINI DR.
BEAVERTON, OR 97008

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

FLEX
228 PARK AVE S
NEW YORK, NY 10003

TBOM/CCI MC
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

TILT
ATTN: BANKRUPTCY
9169 W STATE ST
GARDEN CITY, ID 83714

AVANT/WEBBANK
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

IMAGINE CREDIT
PO BOX 105824
ATLANTA, GA 30348

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

BILL HOLDINGS
6220 AMERICA CENTER DR
ALVISO, CA 95002

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
STE 500
SAN FRANCISCO, CA 94111

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

MOHELA/NAVIENT
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005