United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02110-JAW
Sarah Paige Miller Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2026 Form ID: n032 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Paige Miller, 935 Harding St, Jackson, MS 39202-4121 |
| 5705759 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5705763 | | Bill Holdings, 6220 America Center Dr, Alviso, CA 95002 |
| 5705766 | + | Cnac - Ms104, 2521 Hwy 80 East, Pearl, MS 39208-3328 |
| 5705775 | + | Rankin County Circuit, 215 E. Government St, Ste A, Brandon, MS 39042-3151 |
| 5705778 | + | Tbom/cci Mc, 906 N. Kingshighway, Perryville, MO 63775-1204 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5717327 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 20:02:03 | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5717328 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 20:02:03 | Affirm Operational Loans VIII Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5705760 | ^ | MEBN | Oct 01 2026 19:54:13 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5705761 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 01 2026 19:57:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5705762 | + | Email/Text: bk@avant.com | Oct 01 2026 19:58:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5718848 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 01 2026 19:57:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD MI 48034 |
| 5705764 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 01 2026 19:58:00 | Chime, Attn: Bankruptcy, 101 California St, Ste 500, San Francisco, CA 94111-5802 |
| 5705765 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 01 2026 19:58:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5705767 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 01 2026 19:58:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5705768 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 01 2026 19:57:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5705769 | + | Email/Text: bankruptcy@getflex.com | Oct 01 2026 19:58:00 | Flex, 228 Park Ave S, New York, NY 10003-0103 |
| 5705770 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 01 2026 19:58:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5709064 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 01 2026 19:58:00 | Higher ED Loan Authority of MO on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5705771 | + | Email/Text: bankruptcy@webbank.com | Oct 01 2026 19:57:00 | Imagine Credit, Po Box 105824, Atlanta, GA |

| | | | | |
|---|---|---|---|---|
| | | | | 30348-5824 |
| 5705773 | + | Email/Text: ebone.woods@usdoj.gov | Oct 01 2026 19:58:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5705772 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2026 19:58:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5719792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2026 19:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5705774 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 01 2026 20:02:10 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5708951 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2026 19:58:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5705776 | | Email/Text: bankruptcy@republicfinance.com | Oct 01 2026 19:58:00 | Republic Finance, Attn: Bankruptcy Dept, 7031 Commerce Cir, Baton Rough, LA 70809 |
| 5728963 | | Email/Text: bankruptcy@republicfinance.com | Oct 01 2026 19:58:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5705777 | | Email/Text: bankruptcy.notices@sparrowcard.com | Oct 01 2026 19:58:00 | Sparrow Fncl, 9450 Sw Gemini Dr., Beaverton, OR 97008 |
| 5705780 | | Email/Text: bankruptcycourt@towerloan.com | Oct 01 2026 19:57:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5705779 | + | Email/Text: operations@tilt.com | Oct 01 2026 19:58:00 | Tilt, Attn: Bankruptcy, 9169 W State St, Garden City, ID 83714-1733 |
| 5723811 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 01 2026 19:57:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5705781 | ^ | MEBN | Oct 01 2026 19:54:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5727118 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 01 2026 19:57:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sarah Paige Miller trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−02110−JAW
**Chapter:** 13

**In re:**

Sarah Paige Miller
aka Sarah Miller
935 Harding St
Jackson, MS 39202

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/1/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 1, 2026

Danny L. Miller, Clerk of Court